# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAY CALVIN PARNELL; and
TYLER WREN PARNELL                                              PLAINTIFFS

v.                          No. 3:18-cv-34-DPM

SETERUS, INC.                                                    DEFENDANT

## ORDER

Unopposed motion, № 19, granted. The Court wishes Ms. Robertson the best. The Court directs the Clerk to update the docket with the Parnells' contact information, № 19 at 2, because they're now *pro se*. Their new lawyer should appear as soon as practicable, and no later than 30 April 2019. If they don't get another lawyer by then, we'll go full steam ahead with the Parnells representing themselves. A Second Amended Final Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 March 2019