IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAY CALVIN PARNELL; and
TYLER WREN PARNELL                                          PLAINTIFFS

v.                        No. 3:18-cv-34-DPM

SETERUS, INC.                                                DEFENDANT

## ORDER

There's been no activity on the docket for more than 180 days. The Court assumes the parties are making progress pursuant to the Second Amended Final Scheduling Order. But if the case is not on track, file a short joint report explaining any problem by 9 October 2019.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2019