**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

JAY CALVIN PARNELL AND
TYLER WREN PARNELL                                                                    PLAINTIFFS

v.                                    CASE NO. 3:18-CV-00034  LPR

SETERUS, INC.                                                                              DEFENDANT

## ORDER

Pending before the Court is a Joint Motion for Settlement Conference (Doc No. 58). The motion is ***granted***.

Therefore, the matter of a settlement conference in this case is hereby referred to Magistrate Judge Joe J. Volpe for further proceedings.

IT IS SO ORDERED this 24th day of November 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE